**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Anthony Leon JOHNSON, Defendant—Appellant.**

**No. 04–10245.**

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 9, 2006.*

Filed Jan. 19, 2006.

Laurel J. Montoya, Esq., USF–Office of the U.S. Attorney, Fresno, CA, for Plaintiffs–Appellees.

Anthony Leon Johnson, FCITH–Federal Correctional Institution, Terre Haute, IN, pro se.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Francine Zepeda, FPDCA–Federal Public Defender's Office, Fresno, CA, for Defendants–Appellants.

Before: HUG, O'SCANNLAIN, and SILVERMAN, Circuit Judges.

MEMORANDUM **

Anthony Leon Johnson appeals the 262–month sentence imposed following his guilty-plea conviction for conspiracy, aiding and abetting, and distribution of cocaine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), (b)(1)(B), 846 and 18 U.S.C. § 2. We have jurisdiction pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742.

Johnson contends that the district court's application of the career offender enhancement under U.S.S.G. § 4B1.1 violates the Sixth Amendment as interpreted by *Apprendi v. New Jersey* and *United States v. Booker* and therefore exceeds the statutory maximum penalty because the increase was based on facts that were not alleged in the indictment and were not found by a jury beyond a reasonable doubt or specifically admitted to by plea. This contention is foreclosed by *United States v. Von Brown*, 417 F.3d 1077, 1078–79 (9th Cir.2005).

Because Johnson was sentenced under the then-mandatory Sentencing Guidelines, and we cannot reliably determine from the record whether any error in the imposition of the sentence under the then-mandatory Sentencing Guidelines was harmless, we remand to the sentencing court to answer that question, and to proceed pursuant to *United States v. Ameline*, 409 F.3d 1073, 1084 (9th Cir.2005) (en banc). *See United States v. Moreno–Hernandez*, 419 F.3d 906, 916 (9th Cir.2005).

**REMANDED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

